1  PICCARRETA DAVIS PC
   145 S. Sixth Avenue
2  Tucson, Arizona 85701-2007
3  (520) 622-6900

4  Barry Davis (State Bar # 003932)
   Amy Hernandez (State Bar # 022892)
5  Stephen Golden (State Bar # 021496)
   *Attorneys for Plaintiff*
6

7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8                      IN AND FOR THE COUNTY OF PIMA
9
   David Newman, the surviving beneficiary  )
10 of William Newman,                        )
                                             )
11         Plaintiff,                        )   No.   C 20086931
                                             )
12 v.                                        )   SUMMONS
                                             )
13 Lifeline Systems, Co., dba as Lifeline    )        LESLIE MILLER
   Systems, Inc.,                            )
14                                           )
           Defendant.                        )
15                                           )

16 THE STATE OF ARIZONA to the above-named Defendant:

17                              Lifeline Systems, Co.
                                **Statutory Agent:**
18
                              Corporation Service Company
19                         2338 West Royal Palm Road, Suite J
                                Phoenix, Arizona 85021
20

21 I.    A lawsuit has been filed against you.

22 II.   If you do not want a Judgment taken against you for the relief demanded in the
         accompanying Complaint, you must file a Response in writing in the Office of the Clerk of
23       the Superior Court, 110 West Congress, Tucson, Arizona, accompanied by the necessary
         filing fee. A copy of the Response must also be mailed to the Plaintiff/attorney whose name
24       appears above.

25 III.  The Response must be filed within TWENTY DAYS, exclusive of the date of service, if
         served within the State of Arizona, or within THIRTY DAYS, exclusive of the date of
26       service, if served outside the State of Arizona.

27 IV.   This is a legal document. If you do not understand its consequences, you should seek the
28       advice of an attorney.

WITNESS MY Hand and Seal of the Superior Court.

DATED: October 03, 2008

PATRICIA A. NOLAND,
CLERK OF THE SUPERIOR COURT

By  Alan A. Walker
 Deputy Clerk

**REQUEST FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT BY PARTIES AT LEAST 3 WORKING DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

PICCARRETA DAVIS PC
145 S. Sixth Avenue
Tucson, Arizona 85701-2007
(520) 622-6900

Barry Davis (State Bar # 003932)
Amy Hernandez (State Bar # 022892)
Stephen Golden (State Bar # 021496)
*Attorneys for Plaintiff*

COPY
OCT - 3 2008
PATRICIA A NOLAND
CLERK, SUPERIOR COURT

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF PIMA

| | |
|---|---|
| David Newman, the surviving beneficiary of William Newman, <br><br> Plaintiff, <br><br> v. <br><br> Lifeline Systems, Co., dba as Lifeline Systems, Inc., <br><br> Defendant. | No. C 20086931 <br><br> **COMPLAINT** <br><br> (Wrongful Death) <br><br> LESLIE MILLER |

COMES NOW Plaintiff for his cause of action and alleges as follows:

**I.**

Plaintiff David Newman, an Arizona resident, is the natural son and sole surviving beneficiary of the deceased William Newman. Defendant Lifeline Systems, Co. is a Massachusetts corporation doing business in Arizona as Defendant Lifeline Systems, Inc. All events giving rise to this cause of action occurred in Pima County, Arizona.

**II.**

Defendants entered into a contract with Pima County to provide emergency response services to disabled and elderly people who are provided services by Pima County.

**III.**

William Newman was provided services through Pima County for Defendants' emergency response system which was installed in his home.

**IV.**

Defendants negligently failed to provide the services paid for and negligently failed to alert emergency personnel for more than five hours after receiving an emergency alert from

the deceased on the morning of June 3, 2008.

**V.**

As a direct result of Defendants' negligence, the deceased died at his home before emergency help arrived.

**VI.**

As a further direct result of Defendants' negligence, the statutory survivor, Plaintiff David Newman, has suffered mental anguish, a loss of companionship, love and affection, and will continue to suffer in the future.

**VII.**

As a further direct result of Defendants' negligence, Plaintiff incurred funeral expenses.

WHEREFORE, Plaintiff prays for compensatory damages in an amount that is just and reasonable, his costs incurred, and for such other relief as the Court deems just.

DATED this 3rd day of October, 2008.

PICCARRETA DAVIS PC

By: *[signature]*
Barry M. Davis
Amy Hernandez
Stephen Golden
Attorneys for Plaintiff

PICCARRETA DAVIS PC
145 S. Sixth Avenue
Tucson, Arizona 85701-2007
(520) 622-6900

Barry Davis (State Bar # 003932)
Amy Hernandez (State Bar # 022892)
Stephen Golden (State Bar # 021496)
*Attorneys for Plaintiff*

COPY
OCT - 3 2008
PATRICIA A NOLAND
CLERK, SUPERIOR COURT

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF PIMA

| | |
|---|---|
| David Newman, the surviving beneficiary of William Newman,<br><br>Plaintiff,<br><br>v.<br><br>Lifeline Systems, Co., dba as Lifeline Systems, Inc.,<br><br>Defendant. | No. C20086931<br><br>CERTIFICATE OF COMPULSORY ARBITRATION<br><br>(Wrongful Death)<br><br>LESLIE MILLER |

Undersigned counsel certifies that the largest award sought by complainant, including punitive damages, but excluding interest, attorneys' fees, and costs, exceeds the limits set by Local Rule 3.9 for compulsory arbitration. This case is not subject to the Rules of Procedure for Arbitration.

DATED this 3rd day of October, 2008.

PICCARRETA DAVIS PC

By: _____
Barry M. Davis
Amy Hernandez
Stephen Golden
Attorneys for Plaintiff

CIVIL COVER SHEET

Pursuant to Rule 5.1, Pima County Local Rules of Practice, please complete this form to the best of your ability and include all known plaintiffs and defendants.
**PLEASE TYPE OR PRINT.**

FOR COURT USE ONLY

DATE FILED: OCT 08 2008

CASE NO: C20086931

JUDGE: LESLIE MILLER

PLAINTIFF'S ATTORNEY  **BARRY M. DAVIS**
**AMY HERNANDEZ**
**STEPHEN GOLDEN**

ATTORNEY NO. State Bar # 003932
State Bar # 022892
State Bar # 021496

PLAINTIFFS NAME(S) (List All)

**David Newman, the surviving beneficiary of William Newman**

(List add'l plaintiffs on reverse side.)

PLAINTIFF'S ADDRESS(ES) - include only if not represented by a lawyer

CASE PREFERENCE
(cite statute or rule)

DEFENDANTS NAME(S) (List All)

**Lifeline Systems, Co., dba as Lifeline Systems, Inc.**

(List add'l defendants on reverse side.)

AMOUNT IN CONTROVERSY (if alleged)
Compensatory  $
Punitive  $
Attorney fees  $

EMERGENCY ORDER SOUGHT
____ Temporary restraining order
____ Provisional Remedy
____ Other

NATURE OF ACTION

Place an "x" next to the case type which describes the nature of the case you are filing. If more than one, circle the predominant one.

TORT-MOTOR VEHICLE (200)
____ Death
____ Non-death injuries
____ Property damage

TORT NON-MOTOR VEHICLE (210)
**XX** Negligence
____ Products Liability
____ Intentional
____ Property damage
____ Legal malpractice
____ Other

MEDICAL MALPRACTICE (220)
____ Physicians
____ Hospital
____ Other

LOWER COURT OF APPEAL (250)
____ Civil traffic
____ Civil non-traffic
____ Special action

CONTRACTS (230)
____ Account (open or stated)
____ Promissory Note
____ Foreclosure
____ Other

EMMINENT DOMAIN (240)
____ Condemnation
____ Vehicle forfeiture
____ Private way of necessity

UNCLASSIFIED CIVIL (260)
____ Forcible detainer
____ Change of name
____ Transcript of judgment
____ Foreign judgment
____ Declaratory judgment
____ Habeus corpus
____ Quiet title
____ Harassment
____ Tax Appeal
____ Administrative review
____ Other